

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| HUGO BUSTAMANTE, JR., | § | No. 08-17-00174-CV |
| Appellant, | § | Appeal from the |
| v. | § | 205th District Court |
| MIRANDA & MALDONADO, P.C., | § | of El Paso County, Texas |
| CARLOS A. MIRANDA, III, GABRIEL | | |
| PEREZ and CARLOS MALDONADO, | § | (TC# 2015DCV0358) |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and his sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF FEBRUARY, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Larsen, Senior Judge
Larsen, Senior Judge (Sitting by Assignment)